UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                         24 CR 158 (PKC)

        -against-                                      ORDER

LIYUAN JIANG,

                      Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for October 30, 2024 is adjourned is adjourned to December 17, 2024 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow the parties time to time to engage in discussions regarding a potential pretrial resolution of this matter.  Accordingly, the time between today and December 17, 2024 is excluded.

        SO ORDERED.

                                                        P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       October 25, 2024