

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 11, 2024

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Jiang, 24 Cr. 158 (PKC)**

Dear Judge Castel:

A status conference in this matter is currently scheduled for December 17, 2024 at 12:00 PM. Based on the Government's discussions with counsel for Liyuan Jiang, the parties believe additional time may be helpful to discuss a potential pretrial resolution. As a result, counsel for Ms. Jiang and the Government request a 45-day adjournment of the December 17, 2024 conference.

In addition, the Government writes to respectfully request that the time between December 17, 2024 and the next conference for Ms. Jiang be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government submits that the proposed exclusion would be in the interest of justice. Defense counsel for Ms. Jiang has consented to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: /s/ Rebecca T. Dell
Jeffrey W. Coyle / Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2437 / -2198

cc: All Counsel (ECF)

Upon the application of the government, consented to by defense counsel, the pretrial conference previously scheduled for December 17, 2024 is adjourned is adjourned to February 5, 2025 at 11:00 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution of this matter. Accordingly, the time between today and Febriaru 5, 2025 is excluded.
SO ORDERED.
12/11/2024

P. Kevin Castel
United States District Judge