UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    24 CR 158 (PKC)

       -against-                                           ORDER

LIYUAN JIANG,

                          Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of the government, consented to by defense counsel, the status conference previously scheduled for April 10, 2025 is adjourned to July 15, 2025 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow the parties time to engage in discussions regarding a potential pretrial resolution of this matter.  Accordingly, the time between today and July 15, 2025 is excluded.

       SO ORDERED.

                                                        P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
           March 26, 2025