UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                24 CR 158 (PKC)


            -against-                                ORDER

LIYUAN JIANG,

                        Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

            Upon the application of the government, consented to by defense counsel,

the status conference previously scheduled for July 15, 2025 is adjourned to September 17,

2025 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by

granting a continuance and that taking such action outweighs the best interest of the public

and the defendant in a speedy trial.  My reasons for this finding are that the grant of the

continuance is needed to allow the parties time to engage in discussions regarding a

potential pretrial resolution of this matter.  Accordingly, the time between today and

September 17, 2025 is excluded.

            SO ORDERED.

                                        _____
                                            P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
        July 8, 2025