UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          24 CR 158 (PKC)

        -against-                                     ORDER

LIYUAN JIANG,

                          Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       The status conference previously scheduled for September 17, 2025 is adjourned to September 25, 2025 at 2:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to accommodate the Court's Trial calendar.  Accordingly, the time between today and September 25, 2025 is excluded.

       SO ORDERED.

                                                     P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
           September 12, 2025