UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

UNITED STATES OF AMERICA

- v. –

LIYUAN JIANG,

Defendant.

---------------------------------------------------X

**ORDER**

24 Cr. 158 (PKC)

WHEREAS, on March 21, 2024, the Honorable Judge Gary Stein, United States Magistrate Judge, Southern District of New York, ordered LIYUAN JIANG (the "Defendant") to be released upon a bond in the amount of $100,000 secured by $100,000 in cash;

WHEREAS, on or about April 2, 2024, the Defendant personally posted $100,000 cash (the "Bail Funds") toward a $100,000 court-ordered secured bond, and the Bail Funds remain on deposit with the Clerk of Court (receipt number NYSCCA24-00206);

WHEREAS, on or about March 21, 2024, the Defendant was charged in a two-count Indictment, 24 Cr. 158 (PKC) (the "Indictment"), charging the defendant with conspiracy to commit immigration fraud, in violation of Title 18, United States Code, Section 371 (Count One) and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A (Count Two);

WHEREAS, on or about November 5, 2025, the Defendant pled guilty to Count One of the Indictment pursuant to a plea agreement with the Government;

WHEREAS, on or about June 17, 2026, the Defendant was sentenced by the Court;

Case 1:24-cr-00158-PKC Document 89-1 Filed 09/16/26 Page 2 of 2

WHEREAS, on or about November 5, 2025, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment imposing a money judgment in the amount of $3,339,574.68 in United States currency (the "Money Judgment") against the Defendant;

WHEREAS, to date, the Money Judgment remains unpaid; and

WHEREAS, on or about September 14, 2026, the Government moved pursuant to Title 28, United States Code, Section 2044 that the Bail Funds be applied toward the payment of the Defendant's Money Judgment;

IT IS HEREBY ORDERED that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall pay the Bail Funds, less the Clerk's fees, if any, to the United States via an electronic funds transfer to the United States Marshals Services which shall reference the Defendant's name and case number.

2. Upon execution of this Order, and pursuant to 21 U.S.C. § 853, United States Marshals Services shall be authorized to deposit the Bail Funds, as a payment on the Money Judgment, in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited proper.

SO ORDERED:

P. Kevin Castel

HONORABLE P. KEVIN CASTEL
United States District Judge

DATE 9-16-26